# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARLO LIZA RUSCH,**

        **Plaintiff,**

**v.**                                       **Case No: 6:21-cv-1047-GKS-DCI**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## REPORT AND RECOMMENDATION

This cause comes before the Court for consideration without oral argument on the following motion:

> **MOTION:**    **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. 15)**
>
> **FILED:**      September 1, 2021
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On September 1, 2021, the Commissioner of Social Security filed a motion for entry of judgment with remand (the Motion). Doc. 15. In the Motion, the Commissioner requests that the Court "enter a judgment, with a remand of the cause to the Commissioner for further action, under sentence four of 42 U.S.C. § 405(g) for the following reasons":

> The Commissioner believes remand is appropriate in this case so that an administrative law judge (ALJ) may further evaluate the case and issue a new administrative decision. Upon remand, the Appeals Council will instruct the ALJ to reevaluate whether medical improvement occurred in accordance with 20 C.F.R. §§ 404.1594 and 416.994, with a comparison of the prior and current evidence.

*Id*. at 1.  In light of the foregoing, the Commissioner requests that her decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) so that an ALJ may perform the tasks detailed above.  *Id*. at 1-2.  The Motion is unopposed.  *Id*. at 1.  The undersigned finds the Motion well-taken.

Accordingly, it is **RECOMMENDED** that:

1. The Motion (Doc. 15) be **GRANTED**;

2. The final decision of the Commissioner be **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of § 405(g) for the above stated reasons; and

3. The Clerk be directed to enter judgment in favor of Plaintiff and to close the case.

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  *See* 11th Cir. R. 3-1.  **The parties may file a notice of no objection in they have no objection to this Report and Recommendation.**

Recommended in Orlando, Florida on September 8, 2021.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy